1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>Village Auto Sales, Inc., et al,<br><br>Defendants | Case No.: CIV.S 08-cv-03173-LKK-JFM<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER** |

TO THE COURT AND ALL PARTIES:

The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by April 8, 2009. Plaintiff's Counsel respectfully requests an extension until May 4, 2009 to file dispositional documents due to the fact that Plaintiff has been unable to serve a settlement agreement on the Defendants.

1

STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-08-cv-03173-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 6, 2009

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than May 4, 2009.

Dated: April 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION AND ORDER RE REQUEST FOR EXTENSION
CIV: S-08-cv-03173-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com